```
BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
```

Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

ORIGINAL FILED APR 18 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MMC

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION<br><br>Plaintiff,<br><br>vs.<br><br>L. STEPHEN SMITH, W. ROGER HAUGHTON, DAVID H. KATKOV, DONALD P. LOFE, JR., MARIANN BYERWALTER, DR. JAMES C. CASTLE, CARMINE GUERRO, WAYNE E. HEDIEN, LOUIS G. LOWER, II, RAYMOND L. OCAMPO JR., JOHN D. ROACH, DR. KENNETH T. ROSEN, STEVEN L. SCHEID, JOSE H. VILLARREAL, MARY LEE WIDENER, and RONALD H. ZECH<br><br>Defendants,<br><br>and<br><br>PMI GROUP, INC., | Case No.:<br><br>CV 08 2046<br><br>NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 |

NOT. OF MOT. & MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.:

1 | Pursuant to Local Rule 3-12 of the United States District Court in the Northern District
2 | of California, by and through undersigned counsel, plaintiff, the Port Authority of Allegheny
3 | County Retirement and Disability Allowance Plan for Employees represented by Local 85 of
4 | the Amalgamated Transit Union ("Plaintiff") hereby moves for an order relating the cases
5 | referred to herein. Plaintiff hereby informs the Court that its derivative shareholder action on
6 | behalf of PMI Group, Inc. ("Company") against Company directors and certain Company
7 | officers is related to other non-derivative actions on file, namely:

1. *Lori Weinrib v. The PMI Group, Inc., et al.*, Case No. 08-CV-01405, currently pending in the United States District Court of the Northern District of California.

Attorneys for Plaintiff Lori Weinrib are:

Shawn A. Williams
COUGHLING STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
COUGHLING STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-1058

Jack G. Fruchter
ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

2. *Kimberly D. Holt v. The PMI Group, Inc., et al.*, Case No. 08-CV-01806 SC, currently pending in the United States District Court of the Northern District of California.

Attorneys for Plaintiff Kimberly D. Holt are:

Alan R. Plutzik
L. Timothy Fisher
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
2125 Oak Grove, Road, Suite 120
Walnut Creek, CA 94598

1  Telephone: (925) 945-0770
   Facsimile:  (925) 945-8792
2

3  Richard A. Maniskas
   D. Seamus Kaskela
4  David M. Promisloff
   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
5  280 King of Prussia Road
   Radnor, PA 19087
6  Telephone: (610) 667-7706
   Facsimile:  (610) 667-7056
7
   Pursuant to Civ. L.R. 3-12, the above captioned case and the cases referenced above are
8
   related in that they arise from a common core of facts and include some common defendants. In
9
   the interest of avoiding undue burden and conserving judicial resources, it is appropriate to
10
   conduct these cases before a single judge. Because this derivative action does not arise under
11
   federal securities laws and is not brought under the Private Securities Litigation Reform Act of
12
   1995, ("PSLRA"), consolidation of this action with the two PSLRA actions referred to above is
13
   inappropriate and this action should remain independently litigated.
14

15 DATED: April 18, 2008                         Respectfully submitted,

16                                               BARRACK, RODOS & BACINE
                                                 STEPHEN R. BASSER
17                                               SAMUEL M. WARD
                                                 JOHN L. HAEUSSLER
18

19                                               _____
                                                        SAMUEL M. WARD
20
                                                 402 West Broadway, Suite 850
21                                               San Diego, CA 92101
                                                 Telephone: (619) 230-0800
22                                               Facsimile:  (619) 230-1874

23                                               BARRACK, RODOS & BACINE
                                                 LEONARD BARRACK
24                                               DANIEL E. BACINE
                                                 3300 Two Commerce Square
25                                               2001 Market Street
                                                 Philadelphia, PA 19103
26                                               Telephone: (215) 963-0600
                                                 Facsimile:  (215) 963-0838
27
                                                 Attorneys for Plaintiff
28

# CERTIFICATE OF SERVICE

*PMI Group, Inc.*
Case No.:

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on April 18, 2008, I served a true copy of the attached:

**NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

to the parties listed on the attached Service List by the following means of service:

☐ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of April, 2008.

_____
CYNTHIA M. FESSIA

## SERVICE LIST

### ATTORNEYS FOR PLAINTIFF LORI WEINRIB

Shawn A. Williams
COUGHLING STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
COUGHLING STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-1058

Jack G. Fruchter
ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

### ATTORNEYS FOR PLAINTIFF KIMBERLY D. HOLT

Alan R. Plutzik
L. Timothy Fisher
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
2125 Oak Grove, Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ATTORNEYS FOR NOMINAL DEFENDANT THE PMI GROUP, INC., AND DEFENDANTS L. STEPHEN SMITH, DAVID H. KATKOV AND DONALD P. LOFE, JR.**

George A. Riley
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Meredith L. Landy
Dhaivat H. Shah
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, Ca 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

**DEFENDANTS**

Louis G. Lower, II
2524 W Lake Shore Dr.
Springfield, IL 62707-9575

Raymond L. Ocampo, Jr.
500 Roehampton Rd. # 436
Hillsborough, CA 94010-6854

John D. Roach
4278 Bordeaux AVE
Dallas, TX 75205-3718

Dr. Kenneth T. Rosen
162 Montrose RD
Berkeley, CA 94707-2024

Steven L. Scheid
92 Sugarloaf DR
Belvedere Tiburon, CA 94920-1636

Jose H. Villarreal
141 E Gramercy PL
San Antonio, TX 78212-2352

Mary Lee Widener
1 Lakeside DR APT 902
Oakland, CA 94612-4666

Ronald H. Zech
28 Peninsula RD
Belvedere, CA 94920-2326

Carmine Guerro
581 Grizzly Peak Blvd
Berkeley, CA 94780-1212

Wayne E. Hedien
2511 Crabtree Lane
Northbrook, IL 60062-3428

W. Roger Haughton
2575 Alamo County
Alamo, CA 94507

James C. Castle
74825 Waring Ct.
Palm Desert, CA 92260-3100

Mariann Byerwalter
335 W. Santa Inez Ave
Hillsborough, CA 94010-6863

L. Stephen Smith
320 South Avenue
Alamo, CA 94507

David H. Katkov
161 Tracy Lane
Alamo, CA 94507-1797

Donald P. Lofe, Jr.
322 Pheasant Run Drive
Danville, CA 94506-5826