BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:  (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

Attorneys for Derivative Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | Case No.: C:08-1405 SI<br><br>STIPULATION AND [PROPOSED] ORDER RELATING CASES PURSUANT TO CIVIL LOCAL RULE 3-12, AND EXTENDING TIME FOR RESPONSE TO COMPLAINT |

STIP. & [PROP.] ORDER RELATING CASES AND EXTENDING TIME FOR RESPONSE
Case No.:  C:08-1405 SI

1 | The undersigned counsel for plaintiff and defendants in the above-captioned action
2 | hereby stipulate and agree, subject to the Court's approval, as follows:

3 | 1. WHEREAS, plaintiff, The Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("ATU 85") commenced this shareholder derivative action against the above-named defendants arising from alleged breaches of fiduciary duties on behalf of nominal defendant The PMI Group, Inc., entitled, *The Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union v. L. Stephen Smith, et al.*, in the Northern District of California as Case No. 3:08-CV-2046 ("Derivative Action");

2. WHEREAS on April 18, 2008, the Derivative Action was assigned to Judge Maxine M. Chesney;

3. WHEREAS, the Derivative Action arises from or involves similar facts and events and includes some common defendants as two class actions brought under and pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") that are currently pending before Judge Susan Illston in the United States District Court of the Northern District of California; *Lori Weinrib v. The PMI Group, Inc., et al.*, Case No. 08-CV-01405; and *Kimberly D. Holt v. The PMI Group, Inc., et al.*, Case No. 08-CV-01806, consolidated as *In re The PMI Group, Inc. Securities Litigation*, Case No. C-08-1405-SI ("Securities Class Action");

4. WHEREAS, were the Derivative Action and the Securities Class Action identified in paragraph 3 to be litigated before different judges, substantial duplication of labor may result; and

5. WHEREAS, relation of the Derivative Action to the Securities Class Action without consolidation and assignment of the Derivative Action to the Honorable Susan Illston, the Judge hearing the Securities Class Action, will promote the interests of judicial economy.

1    6.    WHEREAS, the parties agree that defendants' time to respond to plaintiff's complaint should be extended to June 27, 2008.

7.    WHEREAS, defendants reserve the right to seek a temporary or permanent stay of this action in favor of other actions brought in this Court or in other forums. Plaintiff likewise reserves the right to argue that this action should not be stayed, and that derivative actions brought in other forums should be stayed.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.    In the interest of avoiding undue burden and conserving judicial resources, it is appropriate to conduct the Derivative Action and the Securities Class Action before a single judge.

2.    The parties hereby jointly agree to and move for an order relating, without consolidation, the Derivative Action to the Securities Class Action pursuant to Civil Local Rule 3-12.

3.    The parties hereby jointly agree to and move for an order pursuant to General Order 44(E)(1) reassigning the above-captioned action to Judge Susan Illston.

4.    The parties hereby jointly agree that defendants' time to respond to plaintiff's complaint is extended to June 27, 2008.

DATED: May 12, 2008

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
JOHN L. HAEUSSLER

 /s/ Samuel M. Ward
        SAMUEL M. WARD

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

| | |
|---|---|
| DATED: May 12, 2008 | O'MELVENY & MYERS, LLP<br>MEREDITH LANDY<br><br>  /s/ Meredith N. Landy<br>     MEREDITH N. LANDY<br><br>Silicon Valley:<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone:  (650) 473-2671<br>Facsimile:   (650) 473-2601<br><br>Attorney for Defendants |

I, Samuel M. Ward, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order for Reassignment to the Honorable Susan Illston, Judge, United States District Court, Northern District of California, Pursuant to Local Rule 3-12.  In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

/s/ Samuel M. Ward
SAMUEL M. WARD

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: May ___, 2008

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE