1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   SAMUEL M. WARD (216562)
3  sward@barrack.com
   JOHN L. HAEUSSLER (215044)
4  jhaeussler@barrack.com
   402 West Broadway, Suite 850
5  San Diego, CA  92101
   Telephone:  (619) 230-0800
6  Facsimile:   (619) 230-1874

7  BARRACK, RODOS & BACINE
   LEONARD BARRACK
8  DANIEL BACINE
   3300 Two Commerce Square
9  2001 Market Street
   Philadelphia, PA  19103
10 Telephone:  (215) 963-0600
   Facsimile:   (215) 963-0838

11

12 Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION,<br><br>            Plaintiff,<br><br>     vs.<br><br>L. STEPHEN SMITH, W. ROGER HAUGHTON, DAVID H. KATKOV, DONALD P. LOFE, JR., MARIANN BYERWALTER, DR. JAMES C. CASTLE, CARMINE GUERRO, WAYNE E. HEDIEN, LOUIS G. LOWER, II, RAYMOND L. OCAMPO JR., JOHN D. ROACH, DR. KENNETH T. ROSEN, STEVEN L. SCHEID, JOSE H. VILLARREAL, MARY LEE WIDENER, and RONALD H. ZECH<br><br>            Defendants,<br><br>     and<br><br>PMI GROUP, INC.,<br><br>            Nominal Defendant. | Case No.: CV082046<br><br>STIPULATION TO STAY ACTION AND [PROPOSED] CASE MANAGEMENT ORDER |

STIP. TO STAY & [PROP.] CASE MANAGEMENT ORDER
Case No.:  CV082046

Plaintiff, the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("Plaintiff" or "ATU 85"), defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P. Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech (collectively, the "Individual Defendants"), and nominal defendant, The PMI Group, Inc., ("PMI" or the "Company") hereby submit the following Stipulation and [Proposed] Case Management Order ("Order"):

1. On April 18, 2008, Plaintiff filed a shareholder derivative action on behalf of PMI against certain of its officers and directors seeking to remedy Defendants' alleged violations of federal law, including breaches of fiduciary duties, waste of corporate assets and unjust enrichment (the "Federal Derivative Action"). Defendants are required to respond to the complaint in this action on or before June 27, 2008.

2. A consolidated shareholder class action, *In re The PMI Group, Inc. Securities Litigation*, Master File No. 3:08-cv-01405-SI, is currently pending before this Court (the "Federal Class Action"). On June 20, 2008, this Court appointed Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust as lead plaintiff and Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel in the Federal Class Action. This Court has related the Federal Derivative Action to the Federal Class Action.

3. In addition to these actions, a shareholder derivative action based on similar factual allegations and asserting substantially similar claims has been filed in the Superior Court of the State of California, County of Contra Costa, *Jorge Torres v. L. Stephen Smith, et al.,* Case No. C08-01068 (the "State Derivative Action").

4. For purposes of case management, Plaintiff will serve as Lead Plaintiff and its counsel, Barrack Rodos & Bacine, shall serve as Lead Counsel in the Federal Derivative Action.

5.  All discovery in the Federal Class Action is automatically stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B) (the "Reform Act").

6.  The parties agree that the Federal Derivative Action should be stayed until such time as the Reform Act mandatory discovery stay in the Federal Class Action is lifted or the complaint in the Federal Class action is dismissed without leave to amend.

7.  Lead Plaintiff, ATU 85, via its Lead Counsel shall meet and confer with Defendants' counsel within 10 business days after the stay of the Federal Derivative Action is lifted to discuss coordination and scheduling issues, including coordination of discovery. By this stipulation, defendants do not agree that discovery is appropriate in the Federal Derivative Action and reserve the right to seek a further stay or limitation of discovery.

8.  No later than 45 days following either the lifting of the mandatory stay in the Federal Class Action or the dismissal without leave to amend of the complaint in the Federal Class Action, Lead Plaintiff, via its Lead Counsel, shall file an amended complaint in the Federal Derivative Action.

9.  Defendants moved to stay the State Derivative Action on June 23, 2008. In the event that the State Derivative Action is not stayed, or if a stay of the State Derivative Action is lifted in the future, the parties agree that any written discovery or documents produced in the State Derivative Action shall be provided to Lead Counsel in the Federal Derivative Action. Should Lead Counsel in the Federal Derivative Action wish to participate in any depositions taken in the State Derivative Action, defendants will not oppose or object to Lead Counsel's participation.

10. All derivative actions filed in the Northern District of California based on similar facts and asserting substantially similar claims as those raised in the Federal Derivative Action shall be deemed consolidated with the above-captioned action pursuant to this stipulation and order.

11. In the event of the filing of any other action not consolidated with the Federal Derivative Action, and based on similar facts and asserting substantially similar claims as those

2
STIP. TO STAY & [PROP.] CASE MANAGEMENT ORDER
Case No.: CV082046

raised in the Federal Derivative Action, Defendants will use their best efforts to obtain a stay of any such action through agreement, or barring that by a motion to stay. In the event that discovery is allowed in an action described above, any written discovery or documents produced in any other action shall be produced to Lead Counsel in the Federal Derivative Action. Should Lead Counsel in the Federal Derivative Action wish to participate in any depositions taken in any action described above, defendants will not oppose or object to Lead Counsel's participation.

12. The parties reserve the right, at any time upon properly-noticed motion, to move the Court to lift the stay or to extend the duration or scope of the stay.

DATED: June 24, 2008

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
JOHN L. HAEUSSLER


/s/ Samuel M. Ward
SAMUEL M. WARD

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Plaintiff

3
STIP. TO STAY & [PROP.] CASE MANAGEMENT ORDER
Case No.: CV082046

1  DATED: June 24, 2008

O'MELVENY & MYERS LLP
MEREDITH LANDY
DHAIVAT SHAH

 /s/ Meredith Landy
MEREDITH LANDY

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2614
Facsimile: (650) 473-2601

Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P. Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, And Ronald H. Zech

I, Samuel M. Ward, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Staying Derivative Action and Related Matters. In compliance with General Order 45, X.B., I hereby attest that Meredith Landy has concurred in this filing.

DATED: June 24, 2008

 /s/ Samuel M. Ward
SAMUEL M. WARD

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

THE HONORABLE SUSAN ILLSTON
United States District Judge

**CERTIFICATE OF SERVICE**

*PMI Group, Inc.*
Case No.: CV082046

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on June 24, 2008, I served a true copy of the attached:

**STIPULATION TO STAY ACTION AND [PROPOSED] CASE MANAGEMENT ORDER**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY UPS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with UPS on that same day in the ordinary course of business and there is a regular communication via UPS between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of June, 2008.

                                        /s/ Tara R. Burd
                                        TARA R. BURD

**SERVICE LIST**

**Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech and Nominal Defendant, PMI Group, Inc.**

George A. Riley
griley@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Meredith L. Landy
mlandy@omm.com
Dhaivat H. Shah
dshah@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, Ca 94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601