| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
|   | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
|   | SAMUEL M. WARD (216562) |
| 3 | sward@barrack.com |
|   | JOHN L. HAEUSSLER (215044) |
| 4 | jhaeussler@barrack.com |
|   | One America Plaza |
| 5 | 600 West Broadway, Suite 900 |
|   | San Diego, CA 92101 |
| 6 | Telephone: (619) 230-0800 |
|   | Facsimile: (619) 230-1874 |
| 7 | |
|   | BARRACK, RODOS & BACINE |
| 8 | LEONARD BARRACK |
|   | DANIEL BACINE |
| 9 | 3300 Two Commerce Square |
|   | 2001 Market Street |
| 10 | Philadelphia, PA 19103 |
|   | Telephone: (215) 963-0600 |
| 11 | Facsimile: (215) 963-0838 |
| 12 | Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION | ) ) ) ) ) | Case No.: CV082046 |
| Plaintiff, | ) ) | NOTICE OF CHANGE OF ADDRESS |
| vs. | ) ) | |
| L. STEPHEN SMITH, W. ROGER HAUGHTON, DAVID H. KATKOV, DONALD P LOFE, JR., MARIANN BYERWALTER, DR. JAMES C. CASTLE, CARMINE GUERRO, WAYNE E. HEDIEN, LOUIS G. LOWER, II, RAYMOND L. OCAMPO JR., JOHN D. ROACH, DR. KENNETH T. ROSEN, STEVEN L. SCHEID, JOSE H. VILLARREAL, MARY LEE WIDENER, and RONALD H. ZECH | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| PMI GROUP, INC., | ) ) | |
| Nominal Defendant. | ) | |

NOT. OF CHANGE OF ADDRESS
Case No.: CV082046

1     PLEASE TAKE NOTICE that effective July 12, 2008, Barrack, Rodos & Bacine has
2 relocated its San Diego office to the following address:

3     Barrack, Rodos & Bacine
    One America Plaza
4     600 West Broadway, Suite 900
    San Diego, CA 92101
5

    The firm's telephone, fax number and e-mail addresses remain the same.
6

7 DATED: July 7, 2008                              Respectfully submitted,

                                         BARRACK, RODOS & BACINE
8                                          STEPHEN R. BASSER
                                         SAMUEL M. WARD
9                                          JOHN L. HAEUSSLER

10                                      /s/ Stephen R. Basser
                                     _____
11                                          STEPHEN R. BASSER

12                                          One America Plaza
                                         600 West Broadway, Suite 900
13                                          San Diego, CA 92101
                                         Telephone: (619) 230-0800
14                                          Facsimile: (619) 230-1874

15                                          BARRACK, RODOS & BACINE
                                         LEONARD BARRACK
16                                          DANIEL E. BACINE
                                         3300 Two Commerce Square
17                                          2001 Market Street
                                         Philadelphia, PA 19103
18                                          Telephone: (215) 963-0600
                                         Facsimile: (215) 963-0838
19

20                                          Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1

NOT. OF CHANGE OF ADDRESS
Case No.: CV082046

# CERTIFICATE OF SERVICE

*PMI Group, Inc.*
Case No.: CV082046

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on July 15, 2008, I served a true copy of the attached:

## NOTICE OF CHANGE OF ADDRESS

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY UPS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with UPS on that same day in the ordinary course of business and there is a regular communication via UPS between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of July, 2008.

_____
CINDY ORIHUELA

## SERVICE LIST

**Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech and Nominal Defendant, PMI Group, Inc.**

George A. Riley
griley@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Meredith L. Landy
mlandy@omm.com
Dhaivat H. Shah
dshah@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, Ca 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601