| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
|   | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
|   | SAMUEL M. WARD (216562) |
| 3 | sward@barrack.com |
|   | 600 West Broadway, Suite 900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  (619) 230-0800 |
| 5 | Facsimile:   (619) 230-1874 |
| 6 | BARRACK, RODOS & BACINE |
|   | LEONARD BARRACK |
| 7 | DANIEL BACINE |
|   | 3300 Two Commerce Square |
| 8 | 2001 Market Street |
|   | Philadelphia, PA  19103 |
| 9 | Telephone:  (215) 963-0600 |
|   | Facsimile:   (215) 963-0838 |
| 10 | |
| 11 | Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION, | ) ) ) ) ) ) | Case No.: C-08-02046 SI |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | |
| L. STEPHEN SMITH, W. ROGER HAUGHTON, DAVID H. KATKOV, DONALD P LOFE, JR., MARIANN BYERWALTER, DR. JAMES C. CASTLE, CARMINE GUERRO, WAYNE E. HEDIEN, LOUIS G. LOWER, II, RAYMOND L. OCAMPO JR., JOHN D. ROACH, DR. KENNETH T. ROSEN, STEVEN L. SCHEID, JOSE H. VILLARREAL, MARY LEE WIDENER, and RONALD H. ZECH | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| PMI GROUP, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

STIPULATION AND [PROPOSED] ORDER
Case No.:  C-08-02046 SI

Plaintiff, the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("Plaintiff" or "ATU 85"), defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P. Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech (collectively, the "Individual Defendants"), and nominal defendant, The PMI Group, Inc., ("PMI" or the "Company") hereby submit the following Stipulation and [Proposed] Order ("Order"):

WHEREAS, on June 26, 2008, this Court entered a Stipulated Case Management Order;

WHEREAS, pursuant to the Case Management Order, the above-captioned action was stayed pending resolution of a motion to dismiss the related shareholder class action captioned *In re The PMI Group, Inc. Securities Litigation*, Master File No. 3:08-cv-01405-SI (the "Securities Class Action");

WHEREAS, on November 2, 2009, the Court entered an Order Denying Defendants' Motion to Dismiss First Amended Complaint in the Securities Class Action;

WHEREAS, pursuant to the Case Management Order, Plaintiff is currently required to file an amended complaint 45 days after the lifting of the stay of discovery in the Securities Class Action; and

WHEREAS, the parties have met and conferred and agree that, in order to address scheduling conflicts of counsel for both parties and issues related to the case, the deadline for Plaintiff to file an amended complaint should be extended to March 1, 2010 and Defendants' response to Plaintiff's Amended Complaint should be extended to April 15, 2010.

///
///
///
///
///
///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER
Case No.: C-08-02046 SI

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1. Plaintiff shall file its Amended Complaint on or before March 1, 2010.
2. Defendants shall file a response to the Amended Complaint on or before April 15, 2010.

IT IS SO STIPULATED.

DATED: December 14, 2009                Respectfully submitted,

                                                                      BARRACK, RODOS & BACINE
                                                                      STEPHEN R. BASSER
                                                                      SAMUEL M. WARD

                                                                /s/ SAMUEL M. WARD
                                                                   SAMUEL M. WARD

                                          600 West Broadway, Suite 900
                                          San Diego, CA 92101
                                          Telephone: (619) 230-0800
                                          Facsimile: (619) 230-1874

Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

DATED: December 14, 2009                O'MELVENY & MYERS LLP
                                                 MEREDITH LANDY

                                                     /s/ MEREDITH LANDY
                                                   MEREDITH LANDY

                                          2765 Sand Hill Road
                                          Menlo Park, CA 94025
                                          Telephone: (650) 473-2671
                                          Facsimile:  (650) 473-2601

Attorney for Defendants, L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, Ii, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech

2

STIPULATION AND [PROPOSED] ORDER
Case No.: C-08-02046 SI

I, Samuel M. Ward, and the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

DATED: December 14, 2009             /s/ SAMUEL M. WARD
                                      SAMUEL M. WARD

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                        THE HONORABLE SUSAN ILLSTON
                                        United States District Judge

---

3

STIPULATION AND [PROPOSED] ORDER
Case No.: C-08-02046 SI

# CERTIFICATE OF SERVICE

*The Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union v. PMI Group, Inc., et. al.*
Case No.: CV082046

    I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California 92101; and that on December 14, 2009, I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of December, 2009.

                                                 /s/ CYNTHIA M. FESSIA
                                                 CYNTHIA M. FESSIA

# SERVICE LIST

**Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech and Nominal Defendant, PMI Group, Inc.**

Meredith L. Landy
mlandy@omm.com
Dhaivat H. Shah
dshah@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, Ca 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601