1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, California  94111-3823
3  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
4  Email:        griley@omm.com

5  MEREDITH N. LANDY (S.B. #136489)
   PETER T. SNOW (S.B. #222117)
6  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
7  Menlo Park, California  94025
   Telephone:    (650) 473-2600
8  Facsimile:    (650) 473-2601
   Email:        mlandy@omm.com
9                psnow@omm.com

10 Attorneys for Nominal Defendant THE PMI GROUP, INC. and
   Defendants L. STEPHEN SMITH, DAVID H. KATKOV, THOMAS
11 H. JETER, DONALD P. LOFE, JR., JOHN D. ROACH, RONALD H.
   ZECH, WAYNE E. HEDIEN, MARY LEE WIDENER, CARMINE
12 GUERRO, JOSE H. VILLAREAL, RAYMOND L. OCAMPO, JR.,
   LOUIS G. LOWER, II, W. ROGER HAUGHTON, VICTOR J.
13 BACIGALUPI, BRADLEY M. SHUSTER, KENNETH T. ROSEN,
   JAMES C. CASTLE, MARIANN BYERWALTER, and STEVEN L.
14 SCHEID

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>L. STEPHEN SMITH, et al.,<br><br>Defendants,<br><br>and<br><br>THE PMI GROUP, INC.,<br><br>Nominal Defendant | Case No.  3:08-cv-02046-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS**<br><br>Judge:  The Honorable Susan Illston |

## STIPULATION

WHEREAS, on June 26, 2008, this Court entered a Stipulated Case Management Order;

WHEREAS, pursuant to the Case Management Order, the above-captioned action was stayed pending resolution of a motion to dismiss the related shareholder class action captioned *In re The PMI Group, Inc. Securities Litigation*, Master File No. 3:08-cv-01405-SI (the "Securities Class Action");

WHEREAS, on November 2, 2009, the Court entered an Order Denying Defendants' Motion to Dismiss First Amended Complaint in the Securities Class Action;

WHEREAS, on December 18, 2009, this Court entered an Order extending plaintiff's time to file its amended complaint to March 1, 2010, and defendants' time to respond to the amended complaint to April 15, 2010;

WHEREAS, on March 1, 2010, plaintiff filed its Amended Shareholder Derivative Complaint ("Amended Complaint");

WHEREAS, the parties have met and conferred and agree that the time for defendants to file their responses to the Amended Complaint should be extended and that a stipulated briefing schedule should be set if defendants respond to the Amended Complaint by filing motions;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1. Defendants shall file their responses to the Amended Complaint on or before May 7, 2010.

//
//
//
//
//
//
//
//

2. In the event that defendants respond to the Amended Complaint by filing motions, the briefing and hearing schedule for defendants' motions will be:

- Plaintiff's Oppositions Due: June 7, 2010
- Defendants' Replies Due: June 22, 2010
- Hearing: July 9, 2010

IT IS SO STIPULATED

Dated: April 14, 2010                    O'MELVENY & MYERS LLP


By:_____/s/_____
Meredith N. Landy
Attorneys for Nominal Defendant THE PMI GROUP, INC. and Defendants L. STEPHEN SMITH, DAVID H. KATKOV, THOMAS H. JETER, DONALD P. LOFE, JR., JOHN D. ROACH, RONALD H. ZECH, WAYNE E. HEDIEN, MARY LEE WIDENER, CARMINE GUERRO, JOSE H. VILLAREAL, RAYMOND L. OCAMPO, JR., LOUIS G. LOWER, II, W. ROGER HAUGHTON, VICTOR J. BACIGALUPI, BRADLEY M. SHUSTER, KENNETH T. ROSEN, JAMES C. CASTLE, MARIANN BYERWALTER, and STEVEN L. SCHEID

Dated: April 14, 2010                    STEPHEN R. BASSER (S.B. #121590)
SAMUEL M. WARD (S.B. #216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone:   (619) 230-0800
Facsimile:   (619) 230-1874
Email:       sbasser@barrack.com
             sward@barrack.com


By:_____/s/_____
Samuel M. Ward
Attorneys for Plaintiff THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION

1  I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Samuel M. Ward has concurred in this filing.

By:   /s/ Meredith N. Landy           
       Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April __, 2010

          _____
          The Honorable Susan Illston
          United States District Judge