```
1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   SAMUEL M. WARD (216562)
3  sward@barrack.com
   600 West Broadway, Suite 900
4  San Diego, CA 92101
   Telephone: (619) 230-0800
5  Facsimile: (619) 230-1874

6  ROBBINS UMEDA LLP
   MARC M. UMEDA (197847)
7  mumeda@robbinsumeda.com
   CRAIG W. SMITH (164886)
8  csmith@robbinsumeda.com
   KELLY M. MCINTYRE (212360)
9  kmcintyre@robbinsumeda.com
   ALEJANDRO E. MORENO (256802)
10 amoreno@robbinsumeda.com
   600 B Street, Suite 1900
11 San Diego, CA 92101
   Telephone: (619) 525-3990
12 Facsimile: (619) 525-3991

13 Attorneys for Plaintiff, the Port Authority Of Allegheny
   County Retirement and Disability Allowance Plan for
14 Employees represented by Local 85 of the Amalgamated Transit Union

15 [Additional Plaintiff's Counsel Appear on Signature Page.]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>L. STEPHEN SMITH, DAVID H. KATKOV, DONALD P. LOFE, JR., JOHN D. ROACH, RONALD H. ZECH, WAYNE E. HEDIEN, MARY LEE WIDENER, CARMINE GUERRO, JOSE H. VILLARREAL, RAYMOND L. OCAMPO JR., LOUIS G. LOWER II, W. ROGER HAUGHTON, VICTOR J. BACIGALUPI, BRADLEY M. SHUSTER, KENNETH T. ROSEN, JAMES C. CASTLE, MARIANN BYERWALTER, and STEVEN L. SCHEID,<br>**[Caption continued on following page.]** | Case No.: 3:08-cv-02046-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY ACTION PENDING PRIVATE MEDIATION<br><br>Judge: The Honorable Susan Illston |

---

STIPULATON AND [PROPOSED] ORDER TO TEMPORARILY
STAY ACTION PENDING PRIVATE MEDIATION
Case No.: 3:08-cv-02046-SI

|  |  |
|---|---|
| Defendants, | ) |
| -and - | ) |
| PMI GROUP, INC., | ) |
| Nominal Defendant | ) |

## STIPULATION

WHEREAS, on June 26, 2008, this Court entered a Stipulated Case Management Order;

WHEREAS, pursuant to the Case Management Order, the above-captioned action (the "Derivative Action") was stayed pending resolution of a motion to dismiss the related shareholder class action, captioned *In re The PMI Group, Inc. Securities Litigation*, Master File No. 3:08-cv-01405-SI (the "Securities Class Action");

WHEREAS, on November 2, 2009, this Court entered an Order Denying Defendants' Motion to Dismiss First Amended Complaint in the Securities Class Action;

WHEREAS, on February 11, 2010, the parties to the Securities Class Action filed a Joint Case Management Statement and Proposed Order, notifying this Court that the parties planned to schedule a private mediation in April 2010 and were discussing the scope of documents to be produced before the mediation;

WHEREAS, pursuant to this Court's Order entered on December 18, 2009, Plaintiff filed its Amended Shareholder Derivative Complaint ("Amended Complaint") on March 1, 2010;

WHEREAS, on March 5, 2010, pursuant to this Court's Minute Order dated February 19, 2010, the parties to the Securities Class Action informed the Court that the private mediation would take place before (Ret.) Judge Layn R. Phillips in June 2010;

WHEREAS, the parties to the Derivative Action have agreed to participate in the private mediation with the parties in the Securities Class Action before (Ret.) Judge Phillips on June 10, 2010;

WHEREAS, on April 15, 2010, this Court entered an Order extending Defendants' time to respond to the Amended Complaint to May 7, 2010; and

WHEREAS, the parties agree that, in the interest of an effective mediation, it would be appropriate to vacate the current briefing schedule for Defendants' response to the Amended Complaint and the related hearing on July 9, 2010.

**NOW THEREFORE**, it is hereby stipulated, by and among the Parties, through their undersigned counsel, as follows:

1. All proceedings in this Action including, but not limited to, all motion practice, including briefing dates, and all discovery are temporarily stayed until the conclusion of the private mediation before (Ret.) Judge Phillips.

2. The Parties reserve the right, at any time upon a properly noticed motion, to move the Court to lift the temporary stay or to extend the duration or scope of such stay. Nothing in this stipulation shall be construed as an agreement to shift the burden of persuasion in any such motion as to the legal basis or grounds for a stay of this Action.

3. After the stay of this Action is lifted, Defendants shall have 30 days to respond to Plaintiff's Amended Complaint. Plaintiff's Opposition to any response shall be due within 45 days of the filing of the response. Defendants' Reply shall be due within 21 days of the filing of the Opposition.

4. This stipulation to temporarily stay all proceedings in this Action pending private mediation shall not constitute a waiver or forfeit of any claims, defenses, objections, or rights of any Party with respect to any matter or thing.

5. The agreement to temporarily stay this Action may not be used by any Party for any purpose other than for enforcement of the stay itself, and all Parties reserve all of their claims and defenses, which shall not be affected by the temporary stay.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 7, 2010 | BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER<br>SAMUEL M. WARD |

/s/<br>SAMUEL M. WARD

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

ROBBINS UMEDA LLP
MARC M. UMEDA
CRAIG W. SMITH
KELLY M. MCINTYRE
ALEJANDRO E. MORENO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
MARSHALL P. DEES
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union*

STIPULATON AND [PROPOSED] ORDER TO TEMPORARILY
STAY ACTION PENDING PRIVATE MEDIATION                                      - 4 -
Case No.: 3:08-cv-02046-SI

| | |
|---|---|
| DATED: May 7, 2010 | O'MELVENY & MYERS LLP<br>MEREDITH N. LANDY<br>PETER T. SNOW |

                                                                /s/
                                        MEREDITH N. LANDY

2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

O'MELVENY & MYERS LLP
GEORGE A. RILEY
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants*

    I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Samuel M. Ward has concurred in this filing.

                                        By:         /s/
                                                Meredith N. Landy

## **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May ___, 2010

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATON AND [PROPOSED] ORDER TO TEMPORARILY
STAY ACTION PENDING PRIVATE MEDIATION        - 5 -
Case No.: 3:08-cv-02046-SI