BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
SAMUEL M. WARD (216562)
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Plaintiff, the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union

[Additional Plaintiff's Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION<br><br>Plaintiff,<br><br>vs.<br><br>L. STEPHEN SMITH, DAVID H. KATKOV, DONALD P. LOFE, JR., JOHN D. ROACH, RONALD H. ZECH, WAYNE E. HEDIEN, MARY LEE WIDENER, CARMINE GUERRO, JOSE H. VILLARREAL, RAYMOND L. OCAMPO JR., LOUIS G. LOWER II, W. ROGER HAUGHTON, VICTOR J. BACIGALUPI, BRADLEY M. SHUSTER, KENNETH T. ROSEN, JAMES C. CASTLE, MARIANN BYERWALTER, and STEVEN L. SCHEID,<br><br>Defendants,<br><br>-and -<br><br>PMI GROUP, INC.,<br><br>Nominal Defendant | Case No.: 3:08-cv-02046-SI<br><br>[PROPOSED] ORDER LIFTING TEMPORARY STAY |

[PROPOSED] Order Lifting Temporary Stay
Case No.: 3:08-cv-02046-SI

1  The temporary stay of this Action, entered by the Court on May 12, 2010, is hereby
2  immediately lifted. Defendants shall have 30 days from the date of this order to answer or
3  otherwise respond to Plaintiff's Amended Verified Shareholder Derivative Complaint filed
4  March 1, 2010.  Plaintiff's Opposition to any Motion to Discovery shall be due within 45 days
5  from the filing and service of the motion.  Defendants' Reply shall be due within 21 days of the
6  filing of the Opposition.

7
8  IT IS SO ORDERED.
9
10  DATED: _____ ___, 2010        _____
11                                     **THE HONORABLE JUDGE SUSAN ILLSTON**
                                       **UNITED STATES DISTRICT JUDGE**
12  The motion hearing shall be on April 8, ~~2010~~ 2011, at
    9:00 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 - [PROPOSED] Order Lifting Temporary Stay
Case No.: 3:08-cv-02046-SI