1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   SAMUEL M. WARD (216562)
3  sward@barrack.com
   600 West Broadway, Suite 900
4  San Diego, CA 92101
   Telephone: (619) 230-0800
5  Facsimile: (619) 230-1874

6  BARRACK, RODOS & BACINE
   LEONARD BARRACK
7  DANIEL BACINE
   3300 Two Commerce Square
8  2001 Market Street
   Philadelphia, PA 19103
9  Telephone: (215) 963-0600
   Facsimile: (215) 963-0838
10
   Attorneys for Plaintiff, the Port Authority of Allegheny County Retirement and Disability
11 Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union

12                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>L. STEPHEN SMITH, DAVID H. KATKOV, DONALD P. LOFE, JR., JOHN D. ROACH, RONALD H. ZECH, WAYNE E. HEDIEN, MARY LEE WIDENER, CARMINE GUERRO, JOSE H. VILLARREAL, RAYMOND L. OCAMPO JR., LOUIS G. LOWER II, W. ROGER HAUGHTON, VICTOR J. BACIGALUPI, BRADLEY M. SHUSTER, KENNETH T. ROSEN, JAMES C. CASTLE, MARIANN BYERWALTER, and STEVEN L. SCHEID,<br><br>Defendants,<br><br>-and -<br><br>PMI GROUP, INC.,<br><br>Nominal Defendant | Case No.: 3:08-cv-02046-SI<br><br>STIPULATION TO STAY AND [PROPOSED] CASE MANAGEMENT ORDER<br><br>Judge: The Honorable Susan Illston |

28 STIPULATION TO STAY AND [PROPOSED] CASE MANAGEMENT ORDER
   Case No.: 3:08-cv-02046-SI

Plaintiff, the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("Plaintiff" or "ATU 85"), and defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P. Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Heiden, Louis G. Lower, II, Raymond L. Ocampo, Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech (collectively, the "Individual Defendants"), and nominal defendant, The PMI Group, Inc., ("PMI" or the "Company") hereby submit the following Stipulation and [Proposed] Case Management Order ("Order"):

1. On April 18, 2008, Plaintiff ATU 85 filed a shareholder derivative action on behalf of PMI against certain of its officers and directors seeking to remedy Defendants' alleged violations of federal law, including breaches of fiduciary duty, waste of corporate assets and unjust enrichment (the "Federal Derivative Action").

2. On April 17, 2008, a shareholder derivative action based on similar factual allegations and asserting substantially similar claims was filed in the Superior Court of the State of California, County of Contra Costa, *Jorge Torres v. L. Stephen Smith, et al.,* Case No. C08-01068 (the "State Derivative Action").

3. On March 1, 2010, Plaintiff ATU 85 filed an Amended Shareholder Derivative Complaint ("Amended Complaint") in the Federal Derivative Action.

4. On May 12, 2010, pursuant to the stipulation of the parties to this action and the State Derivative Action, this Court temporarily stayed this action so that the parties could engage in mediation with (Ret.) Judge Layn Phillips.

5. Thereafter, the parties in the Federal Derivative Action and the State Derivative Actions (collectively "Actions") engaged in all day long mediation sessions with (Ret.) Judge Layn Phillips on June 10, 2010 and July 13, 2010 and conducted numerous follow-up telephonic conferences.

6. After unsuccessful efforts to settle the Actions via mediation, the parties renewed litigation. To that end, Defendants filed and served their motion to dismiss the Amended Complaint on November 1, 2010, setting a hearing date for April 8, 2011. The deadline for Plaintiff to file any opposition to Defendant's motion to dismiss is currently scheduled for December 16, 2010.

7. Subsequent to the filing of Defendant's motion to dismiss, the parties to the Federal Derivative Action and the State Derivative Action participated in a further telephonic mediation with additional assistance from Judge Phillips, culminating on November 23, 2010 in the execution of a Memorandum of Understanding by duly authorized Counsel.

8. The parties are now preparing for execution a formal Stipulation of Settlement which will be followed by the preparation and filing of a motion for preliminary approval of the settlement and Notice.

9. It is anticipated that the Stipulation of Settlement will be completed and executed early in the first quarter of 2011 and that the Plaintiffs shall be in a position to move for preliminary approval of the settlement and Notice within the first quarter 2011.

10. In light of the Memorandum of Understanding, Defendants have agreed to withdraw their pending motion to dismiss, without prejudice to re-filing in the event that the settlement is not approved, and that the hearing date on and deadline for filing Plaintiff's opposition to the motion should be vacated.

**NOW THEREFORE**, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1. Defendants' motion to dismiss the Plaintiff's Amended Complaint is withdrawn, without prejudice to re-filing in the event that the settlement is not approved, and the April 8, 2011 date for hearing on the motion and the December 16, 2010 deadline for any opposition to the motion are vacated;

STIPULATION TO STAY AND [PROPOSED] CASE MANAGEMENT ORDER
Case No.: 3:08-cv-02046-SI

2. Plaintiff shall file a motion for preliminary approval of the settlement and approval of Notice no later than 14 days from the execution by the parties of a Stipulation for Settlement;

3. The parties shall submit a stipulated proposed schedule with respect to all further settlement related procedures, including the filing deadline for the motion for final approval and a suggested briefing schedule with respect thereto, with the motion for preliminary approval papers filed with the Court.

IT IS SO STIPULATED.

DATED: November 30, 2010

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD

/s/ SAMUEL M. WARD
SAMUEL M. WARD

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Attorneys for Plaintiff, the Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union*

STIPULATION TO STAY AND [PROPOSED] CASE MANAGEMENT ORDER
Case No.: 3:08-cv-02046-SI

1 | DATED: November 30, 2010

O'MELVENY & MYERS LLP
MEREDITH N. LANDY
PETER T. SNOW

<u>                    /s/ PETER T. SNOW                    </u>
PETER T. SNOW

2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

O'MELVENY & MYERS LLP
GEORGE A. RILEY
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P. Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Heiden, Louis G. Lower, II, Raymond L. Ocampo, Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech*

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[signature: Susan Illston]*

DATED: _____ \_\_\_, 2010

<u>                                                         </u>
THE HONORABLE SUSAN ILLSTON
United States District Judge

# CERTIFICATE OF SERVICE

*The Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union v. PMI Group, Inc., et. al.*
Case No.: CV082046

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California 92101; and that on November 30, 2010, I served a true copy of the attached:

**STIPULATION TO STAY AND [PROPOSED] CASE MANAGEMENT ORDER**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**:   I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30th day of November, 2010.

/s/ SAMUEL M. WARD
SAMUEL M. WARD

CERTIFICATE OF SERVICE
Case No.: C-08-02046 SI

**SERVICE LIST**

**Attorneys for Defendants L. Stephen Smith, W. Roger Haughton, David H. Katkov, Donald P Lofe, Jr., Mariann Byerwalter, Dr. James C. Castle, Carmine Guerro, Wayne E. Hedien, Louis G. Lower, II, Raymond L. Ocampo Jr., John D. Roach, Dr. Kenneth T. Rosen, Steven L. Scheid, Jose H. Villarreal, Mary Lee Widener, and Ronald H. Zech and Nominal Defendant, PMI Group, Inc.**

Meredith L. Landy
mlandy@omm.com
Peter T. Snow
psnow@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, Ca 94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601

**Attorneys for Plaintiffs The Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit Union**

| | |
|---|---|
| Marc M. Umeda | Corey D. Holzer |
| mumeda@robbinsumeda.com | cholzer@holzerlaw.com |
| Daniel R. Forde | Michael I. Fistel, Jr. |
| ROBBINS UMEDA LLP | mfistel@holzerlaw.com |
| 600 B Street, Suite 1900 | Marshall P. Dees |
| San Diego, CA 92101 | mdees@holzerlaw.com |
| Telephone: (619) 525-3990 | HOLZER, HOLZER & FISTEL, LLC |
| Facsimile: (619) 525-3991 | 200 Ashford Center North, Suite 300 |
| | Atlanta, GA 30338 |
| | Telephone: (770) 392-0090 |
| | Facsimile: (770) 392-0029 |

CERTIFICATE OF SERVICE
Case No.:  C-08-02046 SI