**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6   THE PORT AUTHORITY OF ALLEGHENY              No. C 08-2046 SI
    COUNTY RETIREMENT AND DISABILITY
7   ALLOWANCE PLAN FOR EMPLOYEES                 **ORDER TO FILE STATUS REPORT**
    REPRESENTED BY LOCAL 85 OF THE
8   AMALGAMATED TRANSIT UNION,

9            Plaintiff,

10       v.

11  L. STEPHEN SMITH,  et al.,

12           Defendants,
         -and-
13
    THE PMI GROUP., INC.,
14
             Nominal Defendant..
15                                              /

16

17       On November 30, 2010, the parties stipulated to stay this action pending completion of

18  documentation of their proposed settlement.  The parties anticipated completing the Stipulation of

19  Settlement "early in the first quarter of 2011" and represented that they would file a motion for

20  preliminary approval "no more than 14 days after execution of the Stipulation for Settlement."  The

21  requested stay was granted.

22       Nothing has been filed since.  Accordingly, **the Court directs the parties to file a Joint Status**

23  **Report no later than March 16, 2011**, informing the Court of the status of the proposed settlement and

24  of the anticipated filing date and briefing schedule.

25

26       IT IS SO ORDERED.

27  Dated: March 9, 2011                         _____
                                                 SUSAN ILLSTON
28                                               United States District Judge